UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


<u>Ralph Holder</u>

    v.                    Civil No. 10-cv-00448-JL

<u>G. Michael Bahan, et al.</u>


**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.


**SO ORDERED.**

                                              /s/ Joe Laplante
                                              Joseph N. Laplante
                                              United States District Judge

Dated: December 21, 2010

cc:   Sven D. Wiberg, Esq.
       Nancy J. Smith, Esq.