UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


**Ralph Holder**

    **v.**                                              Civil No. 10-cv-448-PB

**G. Michael Bahan, et al.**


**ORDER OF RECUSAL**

I hereby recuse myself from presiding in this case. The case shall be assigned to another judge.

SO ORDERED.

                                              /s/Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

January 13, 2011

cc:   Sven D. Wibert, Esq.
       Nancy J. Smith, Esq.